

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

March 17, 2020

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 17, 2020

**Re:** *United States v. Raul Polanco and Juan Dutan*, 19-cr-930 (ER)

Dear Judge Ramos:

In anticipation of the status conference scheduled for March 18, 2020 in the above-captioned matter, the parties write to provide the Court with a status update. Rule 16 discovery has been produced to the defendants, who are reviewing discovery with counsel. Given the ongoing concerns regarding coronavirus and access by counsel to their clients housed at MCC and MDC, the parties jointly suggest adjourning the proceeding for approximately 30 days.

Should the Court grant the joint adjournment request, the Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from March 18, 2020 until the date of rescheduled status conference, to allow for the defendants to continue to review discovery and for the parties to continue discussing potential dispositions. Defense counsel do not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Emily A. Johnson / Dominic A. Gentile
Assistant United States Attorneys
(212) 637-2409 / 2567

The March 18 status conference is adjourned to April 23, 2020, at 11:00 a.m. Speedy trial time is excluded from March 18, 2020, until April 23, 2020, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: March 17, 2020
New York, New York

cc: Telesforo del Valle, Esq. (by ECF)
Rudy Velez, Esq. (by ECF)