

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

April 21, 2020

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The April 23 pretrial conference is adjourned to June 4, 2020, at 10:30 AM.  Speedy trial time is excluded from April 23, 2020, until June 4, 2020.
SO ORDERED.



Edgardo Ramos, U.S.D.J
Dated:  __4/30/2020__
New York, New York

    Re:    *United States v. Raul Polanco and Juan Dutan*, **19-cr-930 (ER)**

Dear Judge Ramos:

        On March 17, 2020, the parties wrote to the Court with a status update and requested adjournment of the status conference scheduled for March 18, 2020 in light of concerns regarding COVID-19 and access by counsel to incarcerated clients to review discovery.  The Court granted the parties' request and adjourned the status conference until April 23, 2020.  Given the ongoing health crisis, the parties jointly request an additional adjournment of the status conference for approximately 30 to 45 days.

        Should the Court grant the parties' joint adjournment request, the Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from April 23, 2020 until the date of rescheduled status conference, to allow for the defendants to continue to review discovery and for the parties to continue discussing potential dispositions.  Defense counsel consent to the exclusion of time.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    by: _____
        Emily A. Johnson / Dominic A. Gentile
        Assistant United States Attorneys
        (212) 637-2409 / 2567

cc:    Telesforo del Valle, Esq. (by ECF)
        Rudy Velez, Esq. (by ECF)