

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2020

The Honorable Edgardo Ramos
United States District Judge          **MEMO ENDORSED**, last page.
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:**    *United States v. Raul Polanco and Juan Dutan*, 19-cr-930 (ER)

Dear Judge Ramos:

     A status conference in this matter was scheduled for September 24, 2020, but the conference was unexpectedly cancelled because not all parties were present for the proceeding. Time under the Speedy Trial Act, 18 U.S.C. § 3161, had been excluded through the date of the September 24 status conference.

     With respect to Mr. Polanco, the Government respectfully requests that the Court set a new date for a status conference. The Government also respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from today until the date of the rescheduled status conference, to allow for the parties to continue discussing a pre-trial disposition. Mr. Polanco's counsel consents to the exclusion of time.

     With respect to Mr. Dutan, a change of plea hearing has been tentatively scheduled for October 27, 2020. The Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from today until October 27, 2020, to allow for the parties to finalize the pre-trial disposition. Mr. Dutan's counsel consents to the exclusion of time.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    Acting United States Attorney

             by: _____
                    Emily A. Johnson / Dominic A. Gentile
                    Assistant United States Attorneys
                    (212) 637-2409 / 2567

cc:    Telesforo del Valle, Esq. (by ECF)
       Rudy Velez, Esq. (by ECF)

19-cr-930 (ER)

Endorsement:

Regarding Mr. Polanco, a status conference will be held on October 21, 2020 at 11 a.m.  Speedy trial time is excluded from October 1, 2020 until October 21, 2020.  Regarding Mr. Dutan, a change of plea hearing will be held on September 27, 2020, at 10:30 a.m.  Speedy trial time is excluded from October 1, 2020Ðntil October 27, 2020.

 SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  __10/9/2020_____
New York, New York