# MEMO ENDORSED

**RUDY VELEZ**
**ATTORNEY AT LAW**

---

930 GRANDCONCOURSE, SUITE 1A
BRONX, NEW YORK 10451

Tel. (917) 674-0573
rvesq@yahoo.com

January 26, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-*Via ECF*-

> Sentencing is adjourned to March 9, 2021 at 11:00 a.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 1/28/2021
> New York, New York

Re:   USA v. Raul Polanco
      19 Cr. 930 (ER)

Dear Judge Ramos,

    I am counsel for Mr. Raul Polanco in the above captioned matter, which is currently scheduled for a Sentencing Hearing on February 4, 2021. I am respectfully requesting an adjournment for the following reasons. I received the final presentence report by email January 13, 2021 and still need to review that report with Mr. Polanco. In addition, I believe Mr. Polanco wants an in person sentencing and does not wish to proceed virtually at this juncture. For these reasons I am requesting more time to prepare for the sentencing.

The Government, by way of A.U.S.A. Dominic Gentile, consents to this request for adjournment.

Thank you for your consideration in this matter.

Respectfully submitted,

*Rudy Velez Esq.*
Rudy Velez, Esq. Attorney for Raul Polanco,
Defendant.

Cc: A.U.S.A. Dominic Gentile, Esq.

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
Southern Dist. for the State of NY

USA
*Plaintiff*
v.
Dauri Polanco
*Defendant*

Case No. 19 CRIM 416

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DAURI POLANCO

Date: 11/25/20

*Attorney's signature* Rudy Velez

*Printed name and bar number* RUDY VELEZ

*Address* 930 Grand Concourse
Suite 1-A
Bronx, N-Y 10451

*E-mail address* rvesq@yahoo.com

*Telephone number* (917) 674-0573

*FAX number* (718) 445-6254