USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4/6/2021

**MEMO ENDORSED**

**RUDY VELEZ**
**ATTORNEY AT LAW**

---

930 GRANDCONCOURSE, SUITE 1A  
BRONX, NEW YORK 10451

Tel. (917) 674-0573  
rvesq@yahoo.com

April 1 2021

The Honorable Edgardo Ramos  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312  
-*Via ECF*-

> The April 8 sentencing is rescheduled for April 27, 2021 at 2:00 p.m.
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 4/6/2021
> New York, New York

Re:   USA v. Raul Polanco  
         19 Cr. 930 (ER)

Dear Judge Ramos,

I am counsel for Mr. Raul Polanco in the above captioned matter, which is currently scheduled for a Sentencing Hearing on April 8, 2021.

We are still awaiting documents that are relevant to his Sentencing Hearing.

We respectfully request a 14 Day adjournment of the Sentencing Hearing.

The Government, by way of A.U.S.A. Dominic Gentile and A.U.S.A. Emily Johnson, does not oppose this request for adjournment.

Thank you for your consideration to this matter.

Respectfully submitted,

_Rudy Velez_  
Rudy Velez Esq.

Rudy Velez, Esq. Attorney for Raul Polanco, Defendant.

Cc: A.U.S.A. Dominic Gentile, Esq.  
      A.U.S.A. Emily Johnson Esq.